UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
(BROOKLYN)

| | |
|---|---|
| IN RE: EXACTECH POLYETHYLENE ORTHOPEDIC PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to All Cases* | No.: 1:22-md-03044-NGG-MMH<br><br>MDL No. 3044 |

**PROPOSED**

**PRACTICE AND PROCEDURE ORDER NO. 3**
**(Electronic Service)**

This Practice and Procedure Order ("Electronic Service Order") submitted by stipulation is entered to eliminate delays associated with service of Complaints in this MDL proceeding and to promote efficiency. Accordingly, it is ORDERED as follows:

A.  For Complaints that are properly filed in, removed to, or transferred to MDL No. 3044, Exactech, Inc. and Exactech U.S., Inc. (collectively, "Defendants") agree to waive formal service of summons pursuant to Fed. R. Civ. P. 4 and will accept service of Complaints in MDL No. 3044 on behalf of Defendants.

B.  Service upon Defendants will be deemed complete upon providing copies of the Complaint, Summons, and Civil Cover Sheet to Defendants' counsel, Faegre Drinker Biddle & Reath LLP, via e-mail to the following email address: Exactech.service@faegredrinker.com.

C.  Each e-mail shall contain the Complaint, Summons, and Civil Cover Sheet for only one case, and the subject line of each e-mail must state the Plaintiff's first and last name. The body of each e-mail must include contact information for counsel of record.

D.  Defendants' e-mail system will generate an automated response to the sender upon receipt of an e-mail to the designated address. The automated response will confirm receipt of the e-mail and shall constitute proof of service upon Defendants. Defendants will not otherwise respond to e-mails sent to the above e-mail address. If no such automated reply is received within 24 hours, Plaintiffs must re-serve the Complaint pursuant to the terms of this Order. Upon successful e-mail service, the date of the initial effort to serve the Complaint via e-mail shall be deemed the date of initial e-mail service. Any failure to have successful automated reply will be promptly corrected.

E.  Plaintiffs shall make proof of electronic service to the Court as required by Rule 4(l) of the Federal Rules of Civil Procedure using the Template Proof of Service, attached hereto as **Exhibit A**.

F.  Acceptance of electronic service shall not constitute a waiver of any defense, but Defendants shall not challenge the adequacy of service if made pursuant to this Order.

G.  Specific questions or issues regarding electronic service should be directed to Defendant's Counsel, to the attention of Eldin Hasic (eldin.hasic@faegredrinker.com).

**SO ORDERED.**

Date: _____
Brooklyn, New York

_____
NICHOLAS G. GARAUFIS
United States District Judge

**EXHIBIT A**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
(BROOKLYN)**

**IN RE: EXACTECH POLYETHYLENE ORTHOPEDIC PRODUCTS LIABILITY LITIGATION**

*This Document Relates to All Cases*

**No.: 1:22-md-03044-NGG-MMH**

**MDL No. 3044**

**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to the within-entitled action. I certify that on _____, I served a true and correct copy of document(s) entitled:

1. SUMMONS IN A CIVIL ACTION;

2. COMPLAINT;

3. CIVIL COVER SHEET

on Exactech, Inc. and Exactech U.S., Inc. at Exactech.service@faegredrinker.com pursuant to the Electronic Service Order that was entered on _____.

Date: _____          /s/ _____
                              [Plaintiffs' Counsel Signature]