UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

BROOKLYN DIVISION

......................................................X

IN RE: EXACTECH POLYETHYLENE
ORTHOPEDIC PRODUCTS LIABILITY
LITIGATION

Case No.: 22-md-3044-NGG-MMH
MDL No. 3044

**PARTIES' STIPULATION REGARDING BROADSPIRE DOCUMENTS**

*This Document Applies To*:

Judge Nicholas G. Garaufis
Magistrate Judge Marcia M. Henry

*All Cases*

......................................................X

## STIPULATION

The parties hereby stipulate that Exactech, Inc. and Exactech U.S., Inc. ("Exactech" or "Defendant"), in consideration for Exactech not being required to produce recordings or transcripts of recordings between Broadspire, or anyone acting on Broadspire's behalf and Plaintiff, including notes of those recordings or transcripts, Exactech will not use the contents of those communications in the litigation in any manner. This stipulation does not address the admissibility of the amount of monies paid by Broadspire in response to a claim other than agreeing that the parties will brief its admissibility at an appropriate time should any party seek to offer that evidence.

Dated: March 6, 2023

**WEITZ & LUXENBERG, P.C.**

*/e/ Ellen Relkin*
Ellen Relkin

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Michael J. Kanute*
Michael J. Kanute

700 Broadway  
New York, NY 10003  
T: 212-558-5500  
F: 212-344-5461  
erelkin@weitzlux.com  

**POPE McGLAMRY, P.C.**

*/s/ Kirk Pope*  
N. Kirkland Pope  
3391 Peachtree Road, NE  
Suite 300  
Atlanta, GA 30326  
T:  404-523-7706  
F:  404-524-1648  
Kirkpope@pmkm.com  

***Plaintiffs' Lead Counsel***

Sean J. Powell  
320 South Canal Street, Suite 3300  
Chicago, IL 60606  
T: 312-212-6510  
F: 312-569-3000  
Mike.kanute@faegredrinker.com  
Sean.powell@faegredrinker.com  

J. Stephen Bennett  
110 West Berry Street, Suite 2400  
Fort Wayne, IN 46802  
T: 260-424-8000  
F: 260-460-1700  
Stephen.bennett@faegredrinker.com  

Susan M. Sharko  
600 Campus Drive  
Florham Park, NJ 07932  
T: 973-549-7000  
F: 973-360-9831  
Susan.sharko@faegredrinker.com  

***Counsel for Defendants Exactech, Inc. and Exactech U.S., Inc.***