

faegredrinker.com

**Michael J. Kanute**
Partner
mike.kanute@faegredrinker.com
+1 312 212 6510 direct

**Faegre Drinker Biddle & Reath** LLP
320 South Canal Street, Suite 3300
Chicago, Illinois 60606, USA
+1 312 569 1000 main
+1 312 569 3600 fax

April 10, 2023

VIA ECF FILING

Honorable Marcia M. Henry, Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re:**    MDL No. 3044, *In re: Exactech Polyethylene Orthopedic Products Liability Litigation,*
              1:22-md-03044-NGG-MMH

Dear Judge Henry:

    I am writing with the agreement of Plaintiffs' Co-Lead Counsel. Pursuant to the Court's Minute Entry and Order dated March 23, 2023 (Dkt. # 165), the Exactech Defendants and Personal Injury Plaintiffs (the "Parties") have been negotiating a Joint Preservation Protocol to submit for the Court's consideration. Although the Parties have successfully negotiated the vast majority of the Joint Preservation Protocol, the Parties are still attempting to reach agreement on one final area of dispute. The Parties therefore respectfully request an additional 4 days, until April 14, 2023, to continue negotiations with the intention of submitting a Joint Preservation Protocol for the Court's consideration by the end of the week.

    We thank the Court for its time and consideration of this matter.

                                  Respectfully submitted,

                            **FAEGRE DRINKER BIDDLE & REATH LLP**

                            */s/ Michael J. Kanute*
                            Michael J. Kanute
                            Sean J. Powell
                            320 South Canal Street, Suite 3300
                            Chicago, IL 60606
                            T: 312-212-6510
                            F: 312-569-3000
                            Mike.kanute@faegredrinker.com
                            Sean.powell@faegredrinker.com

                            J. Stephen Bennett
                            110 West Berry Street, Suite 2400

-2-

Fort Wayne, IN 46802
T: 260-424-8000
F: 260-460-1700
Stephen.bennett@faegredrinker.com

Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932
T: 973-549-7000
F: 973-360-9831
Susan.sharko@faegredrinker.com

***Counsel for Defendants Exactech, Inc. and Exactech U.S., Inc.***

cc:     All Counsel of record (*via ECF*)